UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**STEPHANIE MONROE,**

    Plaintiff,

v.                                                              Case No:5:11-CV-583-Oc-PRL

**COMMISSIONER OF SOCIAL SECURITY**

    Defendant.
_____/

## ORDER

Pending before the Court is Plaintiff's Petition for An Award of Attorney's Fees, Costs & Expenses (Doc. 15). Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), Plaintiff requests an award of fees in the amount of $2,764.76; costs in the amount of $350.00; and expenses in the amount of $21.28. The attached affidavit of counsel confirms the attorney hours. Plaintiff represents that the Commissioner has no objection to her Petition.

Plaintiff asserts that she is the prevailing party in this litigation, that the Commissioner's position in the underlying action was not substantially justified and that her net worth at the time proceeding was filed was less than two million dollars.[1] On May 10, 2012, the Court entered an Order reversing and remanding this cause back to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. §

---

[1] Under the EAJA, a claimant is eligible for an attorney fee award where: (1) the claimant is a prevailing party in a non-tort suit involving the United States; (2) the Government's position was not substantially justified; (3) the claimant filed a timely application for attorney's fees; (4) the claimant had a net worth of less than $2 million at the time the complaint was filed; and (5) there are no special circumstances which would make the award of fees unjust. 28 U.S.C. § 2412(d).

405(g).  (Doc. 13.)  The same day, the Clerk entered Judgment. (Doc. 14.)  On August 2, 2012, Plaintiff filed the instant Petition.

Pursuant to the provisions of the Equal Access to Justice Act (28 U.S.C. §2412(d)), Plaintiff's Petition for An Award of Attorney's Fees, Costs & Expenses (Doc. 15) is hereby **GRANTED**.  Plaintiff is awarded attorney's fees in the amount of **$2,764.76;** costs in the amount of **$350.00; and expenses in the amount of $21.28.**  Payment is authorized to Plaintiff's counsel if the Commissioner determines Plaintiff does not owe a debt to the government.

**DONE** and **ORDERED** in Ocala, Florida on August 6, 2012.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties